AO91 (Rev. 12/03) Criminal Complaint                                                                                       AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**                           **CRIMINAL COMPLAINT**
                  vs.
                                                                            Case Number: 1:18-po-920
Jose Manuel GONZALES-Cardenas
A215 586 478  Mexico

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about    May 14, 2018    in    Cameron    County, in the    Southern District Of Texas    defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title    8    United States Code, Section(s)    1325(a)(1)

I further state that I am a(n)    Border Patrol Agent    and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on May 14, 2018. The defendant is a citizen of Mexico who entered the United States illegally by rafting across the Rio Grande River near Brownsville, Texas on May 14, 2018 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes    ☒ No

/S/ Cantu, Isaac  Border Patrol Agent
Signature of Complainant

Cantu, Isaac    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 16, 2018                                                                           at    Brownsville, Texas
Date                                                                                              City/State

Ignacio Torteya III            U.S. Magistrate Judge
Name of Judge                  Title of Judge                                   Signature of Judge